```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RAMON VARGAS,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         25 Civ. 3481 (JPC)
            -v-                                                        :
                                                                       :         ORDER
1 WEST LLC and CHESTNUT HOLDINGS OF NEW                                :
YORK, INC.,                                                            :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 29, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkt. 5. Defendants' deadline to respond to the Complaint was therefore May 20, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until May 27, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by June 3, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

SO ORDERED.

Dated: May 21, 2025
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                       United States District Judge